**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:08CR59**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **JAMARUS MARQUIS SUTTON** ) | |

**THIS MATTER** is before the Court on motion of Defendant's new counsel for an order releasing copies of the Defendant's presentence report and any objections or addendums filed therewith and for additional time to file objections thereto .

On January 20, 2009, the Court granted Defendant's *pro se* motion removing Defendant's previous attorney R. Edward Hensley, Jr., from the case and appointing new counsel, Tony E. Rollman. Because the presentence report was released to former counsel and the time for filing objections has expired, Defendant's new counsel moves for access to the presentence report and for the opportunity to file objections thereto. For the reasons stated in the motion, the relief sought will be granted.

**IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of the Defendant's presentence report and related documents is **ALLOWED.** The United States Probation Office is hereby authorized to make available these documents to counsel forthwith.

**IT IS FURTHER ORDERED** that the time for filing objections to the presentence report is reopened and such objections are due to be filed on or before February 9, 2009.

Signed: January 21, 2009

Lacy H. Thornburg
United States District Judge