IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:08CR59

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| JAMARUS MARQUIS SUTTON | ) | |

**THIS MATTER** is before the Court on referral from the District Court for consideration of the motion of Defendant's appellate counsel for an order releasing a copy of the Defendant's presentence report.

For the reasons set forth in the motion,

**IT IS, THEREFORE, ORDERED** that counsel's motion for a copy of the Defendant's presentence report is **ALLOWED.** The United States Probation Office is hereby authorized to make available this document to appellate counsel forthwith.

Signed: May 4, 2009

Dennis L. Howell
United States Magistrate Judge